120 A.3d 225

IN THE MATTER OF MARIA J. RIVERO, AN ATTORNEY
AT LAW (ATTORNEY NO. 027941992).

September 10, 2015.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–310, concluding that **MARIA J. RIVERO** of **HARRISON,** who was admitted to the bar of this State in 1992, should be suspended from the practice of law for a period of three months for violating *RPC* 1.2(d) (counseling or assisting a client in conduct the lawyer knows is illegal, criminal, or fraudulent), *RPC* 1.5(b) (failure to set forth, in writing, the basis or rate of the fee) and *RPC* 8.4(c) (conduct involving fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **MARIA J. RIVERO** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective October 9, 2015; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys;  and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance;  (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c);  and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.